

No. 73–1779. THEVIS v. UNITED STATES. C. A. 5th Cir. Certiorari dismissed August 16, 1974, under this Court's Rule 60. 

No. 73–1796. THEVIS v. UNITED STATES. C. A. 5th Cir. Certiorari dismissed August 16, 1974, under this Court's Rule 60. 

No. 73–6766. STRICKLAND v. UNITED STATES. C. A. 5th Cir. Certiorari dismissed August 16, 1974, under this Court's Rule 60. 

No. 74–153. LOUGHRAN v. NEW JERSEY. Super. Ct. N. J. Certiorari dismissed September 16, 1974, under this Court's Rule 60. 

No. 73–6592. DEL VALLE v. UNITED STATES. C. A. 9th Cir. Certiorari dismissed September 24, 1974, under this Court's Rule 60.

OCTOBER 9, 1974

No. 74–165. BLANCHETTE ET AL., TRUSTEES OF PROPERTY OF PENN CENTRAL TRANSPORTATION CO. v. CONNECTICUT GENERAL INSURANCE CORP. ET AL.;

No. 74–166. SMITH, TRUSTEE OF PROPERTY OF NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. v. UNITED STATES ET AL.;